UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2022

-------------------------------------------------------------- X
:
NEW CONSTELLIS HOLDINGS, INC., :
:
                               Plaintiff, :       1:22-cv-632-GHW
:
                      -against-             :        ORDER
:
NATIONAL BANK OF PAKISTAN, :
:
                            Defendant. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

         On September 9, 2022, Plaintiff filed a notice of voluntary dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i) and a proposed order granting voluntary dismissal. Dkt. Nos. 35, 36. F.R.C.P. 41(a)(1)(A) states that "the plaintiff may dismiss an action *without a court order* by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." F.R.C.P. 41(a)(1)(A) (emphasis added). Because Defendant has not served either an answer or a motion for summary judgment, Plaintiff's notice of dismissal of dismissal is effective without a court order. Accordingly, the Court declines to enter the proposed order granting voluntary dismissal filed by Plaintiff. Dkt. No. 36.

         SO ORDERED.

Dated: September 12, 2022
        New York, New York

                                                              GREGORY H. WOODS
                                                             United States District Judge